

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-16-00090-CV

| | | |
|---|---|---|
| Pamela A. Albright | § | From County Court at Law No. 2 |
| | § | of Denton County (CV-2015-02345) |
| v. | § | April 20, 2017 |
| Good Samaritan Society - Denton Village | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's summary judgment. The summary judgment is modified by (1) deleting the phrase "FOUR THOUSAND AND NO/100 ($4,000.00) DOLLARS" in paragraph "e" and substituting in its place the phrase "THREE THOUSAND FOUR HUNDRED AND NO/100 ($3,400.00) DOLLARS"; and (2) deleting the entirety of paragraph "f." It is ordered that the summary judgment of the trial court is affirmed as modified.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel

Justice Lee Gabriel